FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  05/15/2010

    DR. JACK F. JACOUB, date of birth ▆▆▆▆, California driver's license ▆▆▆▆, California medical license number ▆▆▆▆, practicing at ▆▆▆▆, email account ▆▆▆▆, cellular telephone number ▆▆▆▆ was interviewed. After being advised of the identity of the interviewing agent and the nature of the interview, he provided the following:

    JACOUB began working at Pacific Coast Hematology (PCH) approximately three months before the search warrant was executed at PCH in November 2006. Dr. Glen Justice put the staff at ease by explaining that it was a misunderstanding and that there were no criminal issues.

    On 3/16/2010, Dr. Justice gave a 30-day termination letter to Dr. JACOUB. He indicated that he was bringing in another doctor from Chicago.

    On 3/25/2010, Dr. JACOUB confronted CFO Linda Kennedy about patient M▆▆▆ E▆▆▆'s chart and charges. Dr. JACOUB was upset to learn that the family had bought an RV and had to sell it because of the medical expenses. Kennedy told Lana Sargeant to erase the charges questioned by Dr. JACOUB. Dr. JACOUB provided the FBI with copies of five superbills for patient M▆▆▆ E▆▆▆ for dates of service 2/2/10, 2/19/10, 2/24/10, 3/3/10 and 3/22/10. Per Dr. JACOUB, these superbills accurately represented the legitimate services provided by Dr. JACOUB or his Physician's Assistant. However, when Dr. JACOUB reviewed the billings he noticed that there were a lot of instances where Neulasta was billed. Dr. JACOUB advised that he rarely ever prescribed Neulasta. In this instance, Dr. JACOUB advised that this patient is a hospice patient and would never receive Neulasta.

    Dr. JACOUB provided a copy of the Centricity billing ledger of patient T▆▆▆ T▆▆▆, which Dr. JACOUB had printed out on 3/29/2010. He circled the charge for Neulasta that was billed for date of service 3/12/2010. Coincidently, on 5/7/2010, (before Dr. JACOUB's meeting with the FBI), Dr. JACOUB was told by the patient that her insurance paid for a drug she did not receive.

Investigation on  5/7/10  at _____

File # ▆▆▆▆  Date dictated _____

by  SA Teresa Lynn Cooper

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT 1

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    Dr. Jack Jacoub   , On  5/7/10  , Page   2

     Dr. JACOUB provided a copy of the Centricity billing ledger of patient M▓▓▓▓ E▓▓▓▓, which Dr. JACOUB had printed out on 3/29/2010. He circled the charge for Neulasta that was billed for date of service 3/19/2010.

     Dr. JACOUB reviewed the Centricity billing ledger of patient J▓▓ H▓▓. He circled the charges he knew were fraudulent for two dates of service: 3/3/2010 and 3/17/2010. Both dates reflected Neulasta charges.

     Dr. JACOUB agreed to provide copies of the billing ledgers to the FBI at a later date. He was going to go through the stack he had printed and circle every incident where he knew the charge was fraudulent.

     Dr. JACOUB provided four superbills that he completed which accurately reflected what each patient received on the specified date of service, for which he found fraudulent charges: F▓▓▓▓ H▓▓▓ (Medicare) for date of service 12/29/09, N▓▓▓ K▓▓▓▓ (BCBS) for date of service 3/17/10, and J▓▓ M▓▓▓▓ (BCBS) for dates of service 3/8/10 and 3/19/10. With regards to the M▓▓▓▓ dates of service, Dr. JACOUB explained that Neulasta was a drug administered no more frequent than every two weeks. The two dates of service where Neulasta was billed were less than two weeks apart.

     Dr. JACOUB advised that he always dictated notes. The additional charges would not have agreed with his dictated notes.

     Mary Ann Hall told Dr. JACOUB how to access billing. On the weekend, 3/27 and 3/28, Dr. JACOUB went to the office to review billings and patient charts. On Monday, 3/29, Dr. Justice confronted Dr. JACOUB about going into the Centricity program. On 3/30, Dr. JACOUB quit PCH and wrote a letter stating that he believed fraud was happening.

     Later Dr. JACOUB was asked to stay awhile longer until another doctor could be found.

     Early April, 2010, Dr. JACOUB filed a complaint with the Medicare Hotline. He asked if the FBI would have received it. On April 9, Dr. JACOUB was kicked out of the PCH office. As of that date, Dr. Justice still signed the checks. The interim manager, Avi Shlessemburg (last name may not be exact) met with Dr. Justice every morning.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    Dr. Jack Jacoub                         , On 5/7/10        , Page   3

      Patty Villagomez told Dr. JACOUB to leave PCH in December 2009, and again in January 2010.

      Dr. JACOUB believed the following individuals were co-conspirators of Dr. Justice because the adding of charges continued even when Dr. Justice was gone:

**Lisa Nehringer**

**Stephanie Cortez**

**Lana Sargeant** (had a trunk full of the second set of superbills) Dr. JACOUB described Lana as the overseer of the superbill scheme.

**Shirley Kodama**, knew everything about the two superbill system. (One is filed at PCH and the other is altered and provided to the girl that inputs the charges - Maria Last Name Unknown.) Kodama was fired last week by Shlessemburg.

      Dr. JACOUB believed that Maria LNU was not aware of what was going on. She only entered information that was given to her.

      Dr. Justice's sons, John and Glen Jr., were on the Corporate payroll. John Justice is about 24 years old and lives in a condominium that costs Dr. Justice $7,500.00 a month. Glen Justice, Jr. lives in Maryland and has yachts there. When Dr. Justice was away from the office for an extended amount of time, Glen Justice, Jr. would come into the office. He treated the staff, including physicians, as though they were beneath him.

      Dr. JACOUB advised that the PCH practice billed $24 million and brought in $13 million, which he believed was excessive.