FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/11/2010

DENISE THOMAS, date of birth [redacted], social security account number [redacted], California driver's license number [redacted], residing at [redacted], was interviewed. After being advised of identity of the interviewing agent and the nature of the interview, she provided the following:

THOMAS began working at Pacific Coast Hematology Oncology Medical Group (PCH) in May 2008. THOMAS was laid off from PCH on 6/7/2010. (A copy of THOMAS's resume is included as Attachment 1.) THOMAS was responsible for the CalOptima billings. CalOptima paid better than Medicare for Neulasta.

THOMAS learned of the events that occurred on 3/22/2010 at PCH when she returned to work. THOMAS was out sick from 3/11 through 3/31/2010. Some time between 4/16 and 4/19/2010, Avi Last Name Unknown (LNU) and Dr. Fink met with the staff at PCH and advised all of the staff that Dr. Justice pleaded guilty to fraud and to plan for layoffs. Avi was hired as the office manager during the time that THOMAS was out sick.

Two part time physicians were recently hired to work at PCH. Dr. Rojas (female) works Monday and Tuesday. Dr. Daniel Wong works Thursday and Friday.

Orange Coast Memorial Hospital (OCMH) contracted Dr. Jhangianni to take over the practice at PCH, because Dr. Fink could not afford to pay the rent.

Sometime during the last week of May (26th or 27th), a representative for Neulasta came to PCH to meet with Research Coordinator Catherine Etheridge and Dr. Fink. Etheridge asked THOMAS to run Neulasta for the months of March and April. There were seven Neulasta injections posted on 4/7/2010 for dates of service (DOS) in March. All of the 4/7/2010 postings were done by Lana Sargeant. Sargeant was laid off 6/1/2010.

THOMAS accessed her computer and provided the following details about the undocumented postings that were found entered 4/7/2010:

| DOS | PATIENT | DRUG | DR/PA | OTHER |
| --- | --- | --- | --- | --- |
| 3/18/10 | K[redacted] G[redacted] Medicare [redacted]3201A | Neulasta | Justice | No Neulasta on pixes link. |
| 3/5/10 | S[redacted] E[redacted] Medicare | Neulasta | Yeager | No Neulasta on pixes link. |

Investigation on  6/11/2010  at  Anaheim, CA

File # [redacted]                                                       Date dictated

by  SA Teresa Lynn Cooper

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT 2

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  DENISE THOMAS  , On  6/11/2010  , Page  2

| DOS | PATIENT | DRUG | DR/PA | OTHER |
|---|---|---|---|---|
| 3/17/10 | H___, J___<br>Medicare<br>___1356D | Neulasta | Jacoub | No Neulasta on pixes link. |
| 3/2/10 | D___, L___<br>Medicare<br>___4343A | Neulasta | Justice | No Neulasta on pixes link. Patient chart is missing. |
| 3/9/10 | K___ | Neulasta | Justice | No Neulasta on pixes link. |
| 3/4/10 | H___<br>F___<br>Medicare<br>___9482A | Neulasta | | No Neulasta on pixes link. |
| 3/4/10 | M___, I___<br>Medi/Medi | Neulasta | | No Neulasta on pixes link. |
| 3/4/10 | K___ | Aranesp | Justice | No Aranesp on pixes link. |
| 3/16/10 | Patel, Santi<br>Medicare<br>___5138M | (J9035 Avastin;<br>J9201 (Gemzar);<br>J2469 (Aloxi) | Jacoub/PA<br>Saiki | Per pixes link, only Neupogen was given. |
| | | | | |

THOMAS brought out her copy of the anonymous complaint that she and ___ ___ submitted to the State of California Inspector General on 1/15/2010. (Attachment 2)

THOMAS and Lepthien provided each other with copies to compile the complaint.

THOMAS reviewed the items from Attachment 2 with the FBI. The first document referred to the email communications she exchanged with Outsourcing (Maria LNU) ___. THOMAS had a very hard time getting information from Maria. Patty Villagomez and Maria are friends. Villagomez told THOMAS that Maria was keeping a file to protect herself. THOMAS believed that Villagomez knew about the fraud but looked the other way. Villagomez refused to post superbills.

THOMAS reviewed the patient documents that were included as part of Attachment 2. THOMAS summarized the documents as follows:

PATIENT 1 = J___ H___ (Medicare/Medicaid [CalOptima])
DOS: 12/10/2009, Dr. Justice

14

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of __DENISE THOMAS__ , On __6/11/2010__ , Page __3__

        THOMAS noted that patient came in for office visit and lab work, according to office copy of superbill. The scanned Outsourcing version showed chemotherapy charges. The Health Insurance Claim Form 1500 (HCF1500) printed at PCH for CalOptima claims, and other insurance companies that did not have electronic billing. Maria input scanned superbills and submitted electronic claims. However, HCF1500 forms were automatically generated and printed at PCH for non-electronic claims. The original copy of the superbill filed at PCH does not contain any charges in columns one and two, which are checked on the scanned copy and reflected on the HCF1500. THOMAS believed the only reason the "never to be seen" copy for Jonnie Helm was provided was because THOMAS hounded Maria until she received it.

PATIENT 2 = C███████ W███ (MSI/AMM) THOMAS explained that MSI is State of California insurance for indigent.
        DOS: 1/6/2010, PA Hall
        THOMAS knew this patient never, ever received Procrit. PA Hall confirmed that the Procrit information written on the original office copy of the superbill was written by Dr. Justice. THOMAS wrote the notation on the office copy. THOMAS copied documents from the patient's chart: Progress notes, chemo notes, lab with THOMAS notations, and pixes printout. All of which, support that Procrit would not have been given. THOMAS gave PA Hall copies and as far as THOMAS knew, PA Hall confronted Dr. Justice with either Dr. Fink or Linda Kennedy.

PATIENT 3 = M███████ P██████ (CalOptima)
        DOS: 7/8/2009, Dr. Jacoub
        THOMAS advised Kennedy that there was no documentation to support the Neulasta J2505 charge and that THOMAS wrote it off on 12/10/2009. THOMAS provided the screen print of input charges which included the Neulasta charge, the file copy of the superbill (note on bottom says Neulasta tomorrow), progress notes, chemo notes, and pixes printout. The other documents did not note Neulasta was given.

        M███████ P██████
        DOS: 6/24/2009, Dr. Jacoub
        THOMAS advised Kennedy that there was no documentation to support Neulasta J2505 charge. THOMAS provided the screen print of input charges which included the Neulasta charge, the file copy of the superbill, progress notes, chemo notes, and pixes printout. The other documents did not note Neulasta was given.

PATIENT 4 = P██████ L██ (CalOptima)
        DOS: 12/1/2009, PA Hall
        THOMAS advised Kennedy that there was no documentation to support Faslodex J9395 charge. THOMAS provided the screen print of input charges which included the Faslodex charge, the file copy of the superbill, progress notes, Growth Factor Record, and pixes printout. The other documents did not note Faslodex was given.

PATIENT 5 = E██████ H████████ (CalOptima)
        DOS: 12/15/2009

15

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __DENISE THOMAS__ , On __6/11/2010__ , Page __4__

THOMAS reviewed her email to Maria and the scanned superbill received from Maria. Without the chart, THOMAS could not recall what was questioned.

PATIENT 6 = C▓▓ T▓▓▓▓▓ (Medicare)
DOS: 12/10/2009, PA Yeager
THOMAS advised Kennedy that T▓▓▓▓ came in for an H1N1 shot, but was billed for Zometa and Lupron. THOMAS provided the screen print of input charges which included Zometa and Lupron charges, and the pixes printout which reflected that only the H1N1 shot was given.

PATIENT 7 = H▓▓▓ N▓▓▓▓ (Family Choice Medical Group)
DOS: 5/21/2009, PA Yeager
THOMAS provided the file copy of the superbill, progress notes and the HCF1500. She realized that the bottom of the superbill cut off and could not be considered to support that the Neulasta entry was not on the superbill.

The last page provided by THOMAS was the progress note for patient C▓▓ W▓▓ DOS: 1/13/2010. She could not recall the significance associated to this date of service.

16