## CONTACT REPORT

| | |
|---|---|
| DATE: | March 30, 2010 |
| NAME: | Mary Anne Hall |
| ADDRESS: | N/A |
| ORGANIZATION: | N/A |
| PHONE: | ▬▬▬▬▬▬ |
| SUBJECT: | Medicare fraud complaint |

**Summary:**

On March 30, 2010, CAL-BISC investigator Robert Quihuis was contacted telephonically by a woman who stated her name was Mary Ann Hall; and, she was a Physician's Assistant who wanted to report Medicare fraud. She stated that she had witnessed several questionable billings since she began working for a clinic known as Pacific Coast Hematology (NPI: #1265500318) and Dr. Glen Justice (NPI: #1295731826), but on this date she observed suspected fraud and resigned.

Ms. Hall provided her NPI (#▬▬▬▬▬▬) and stated she had been working for a Medicare provider named Pacific Coast Hematology and Dr. Glen Justice in 2005. She is a licensed Physician's Assistant (PTAN: ▬▬▬▬▬▬) who rendered a variety of services for oncology patients at the clinic. Part of her duties involved handling documents of all types including the Superbills for claims submitted to Medicare.

Ms. Hall stated that the clinic and Dr. Justice had been under investigation by the FBI since 2006 when the clinic was located at 11190 Warner Avenue, Fountain Valley, California. She stated that the FBI raided the clinic and she was later interviewed as part of their investigation. There were no actions taken beyond this investigation, to her knowledge, but she indicated that Dr. Justice began making attempts to improve conditions within the clinic.

She stated she had noticed irregularities in bills submitted to Medicare and notified the biller for the clinic. She stated that she was assured by Dr. Justice that any irregularities would be addressed, and she felt confident that these were simple billing errors that would be corrected.

Although Ms. Hall was not specific about the date, she stated she observed the record of a patient named C▬▬ W▬▬ (Unknown HIC #) and noticed the use of a drug called "Prokrit" in Ms. Weske's treatment plan. Ms. Hall knew this was not correct and notified the biller of the clinic and Dr. Justice. She was assured by Dr. Justice that this would be corrected and felt confident that it would. She did not indicate whether she followed up on this incident to ensure that the error was corrected.

Ms. Hall stated that in early March of 2010, she was approached by of Dr. Justice's patients named J▬▬ A▬▬(Unknown HIC #) who was concerned that several different medications listed on her bill

| Prepared By: | File No: |
|---|---|
| Robert M. Quihuis | |

| Page 1 of 2 | California Benefit Integrity Support Center | 4/9/2010 |

Document Control: The master copy of this document is stored at the location identified in the Document Control Master List. Any other copy, electronic or paper, is an uncontrolled copy and must be deleted or destroyed when it has served its purpose. Confidential Information: Use or disclosure of the data contained in this sheet is subject to restrictions of contract 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. SGS Internal

17

EXHIBIT 3

## CONTACT REPORT

were incorrect and she was going to have to pay for them. Ms. Hall stated that she became very upset because she believed that the irregularities in billings were not being corrected, and suspected fraud. Based on this, Ms. Hall gave a one month notice of resignation.

On March 23, 2010, Ms Hall overheard Dr. Justice discussing a Medi-Cal patient named L▓▓▓ D▓ ▓▓▓ (Unknown HIC #). In this discussion, she overheard Dr Justice ask who would be giving various cancer drugs to this patient. She believed these drugs were not part of Ms. Del Llano's treatment plan, and on March 26, 2010 she researched the treatment plan of Ms. Del Llano to verify her beliefs. On March 29, 2010 she checked Ms. Del Llano's record and observed several drugs that were billed to her NPI that she never ordered. She also observed that additional NPI's were involved as well, and doubted their involvement was correct. Ms. Hall suspected fraud and became very upset, but was not certain what to do. On March 30, 2010, she consulted with an attorney who advised her to quit immediately and to call Investigator Quihuis to report her observations.

Investigator Quihuis received this information and assured Ms. Hall that it would be investigated and, if necessary, would be forwarded to all concerned entities.

Ms. Hall provided the following contact information:

Mary Ann Hall, Physician's Assistant
NPI: ▓▓▓▓▓

▓▓▓▓▓ (Home address)
▓▓▓▓▓
▓▓▓▓▓ (Cell)

---

Prepared By: Robert M. Quihuis

File No:

Page 2 of 2   California Benefit Integrity Support Center   4/9/2010

*Document Control: The master copy of this document is stored at the location identified in the Document Control Master List. Any other copy, electronic or paper, is an uncontrolled copy and must be deleted or destroyed when it has served its purpose. Confidential Information: Use or disclosure of the data contained in this sheet is subject to restrictions of contract 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. SGS Internal*